[No. 36390-5-I.    Division One.    July 22, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAHLA TALEBAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-00056-8, George T. Mattson, J., entered March 3, 1995. *Affirmed* by unpublished opinion per Baker, C.J., concurred in by Agid and Cox, JJ.

[No. 36637-8-I.    Division One.    July 22, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK D. BEVINS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-8-03378-8, Michael Spearman, J., entered May 10, 1995. *Affirmed* by unpublished opinion per Baker, C.J., concurred in by Agid and Cox, JJ. Withdrawn on February 28, 1997.

[No. 13814-3-III.    Division Three.    July 23, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL ALAN S., *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 93-1-00769-3, Robert N. Hackett, J., entered January, 21, 1994. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, C.J., and Thompson, J.

[No. 13874-7-III.    Division Three.    July 23, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. GARLAND E. EUBANKS, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 93-1-00076-3, Yancey Reser, J., entered January 7, 1994. *Affirmed* by unpublished opinion per Munson, J., concurred in by Sweeney, C.J., and Thompson, J.